Copy for Clerk

FILED
RECEIVED
LODGED
COPY
MAR 31 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY
DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Trista di Genova-CHANG

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Office of AZ Gov. Doug Duchey

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv 7.1 (b)(1)
(Rule Number/Section)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Trista di Genova-CHANG |
| Street Address | 5715 S. Anton Pl |
| City and County | Tucson |
| State and Zip Code | AZ 85757 |
| Telephone Number | 520 271 3844 |
| E-mail Address | Trista2000@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Doug Duchey |
| Job or Title *(if known)* | Governor of Arizona |
| Street Address | Office of Governor Doug Duchey, 1700 W Washington |
| City and County | Phoenix |
| State and Zip Code | AZ 85007 |
| Telephone Number | 6025424331 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | Pima County Department of Elections |
| Street Address | 6550 S Country Club Rd |
| City and County | Tucson |
| State and Zip Code | AZ 85756 |
| Telephone Number | 5207246830 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Pima County Recorder's Office |
| Job or Title *(if known)* | Anne |
| Street Address | 240 N Stone Ave |
| City and County | Tucson |
| State and Zip Code | AZ 85701 |
| Telephone Number | 520 724 4350 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code Title 42 - The Public Health & Welfare; Chapter 2 Sanitation & Quarantine ( 81-114; Chapter 4 Viruses ( 141); Chapter 6A Public Health Service ( 201-300mm-61; Chapter 8B - Public Works or Facilities ( 1491); Chapter 21 Civil Rights; Civil Rights Acts; Voting Rights Act of 1965; Help America Vote Act 2002; National Voter Registration Act of 1993; Voting Accessibility for the Elderly & Handicapped of 1984.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Governor's office has put the health & safety at risk of ALL ARIZONA VOTERS, by not DELAYING PRIMARIES; NOT suspending ALL in-person election activities; & REFUSING TO RESPOND RESPONSIBLY to Citizens Initiatives to vote safely by mail or online or by phone; jeopardizing the health & safety of ALL CANDIDATES & signees, forced to continue signature-gathering during a pandemic; REFUSING to upgrade Pima County races to allow online nomination petitions.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

National Emergency for Pandemic declared; Gov. refused to delay Arizona primaries Mar. 17, thereby RESPONSIBLE for 100s of 1000s of AZ voters going to polls - mass infection sites.
Only yesterday called for statewide self-quarantining; however ALL ELECTION OFFICIALS & STATE EMPLOYEES and CANDIDATES (myself included) FORCED to continue to show up to work. He should let all state employees work REMOTELY; and allow ALL CANDIDATES to file petitions & gather signatures ONLINE ONLY; that is, IF he were interested in protecting the public's health & safety. Furthermore, voter turnout mar. 17 was LESS THAN HALF the norm due to corona fears; he should be held responsible for risking our health & safety, declare results NULL&VOID; & hold primaries again.

B. What date and approximate time did the events giving rise to your claim(s) occur?

A few days before Mar 17 the National Emergency for Pandemic was called by the President. Since then, it has been DANGEROUS & IMPOSSIBLE for candidates to gather signatures; state employees CONTINUE to be at-risk by having to show up to work. Candidates are FORCED to file petitions at the Pima County Department of Elections, IN PERSON; & to REVIEW SIGNATURES IN PERSON, at the Pima County Recorders Office.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I've been forced to continue gathering signatures in person (statewide candidates can gather signatures ONLINE, why can't we??) even after the National Emergency on Pandemic was called. This poses GRAVE PUBLIC HEALTH RISKS to meself, my family; everyone I have contact with; as well as the state & elections officials who are not allowed to do their job Remotely, as they should.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I will donate all proceeds from this toward state & election officials & Arizona voters who become ill with the coronavirus, as a result of Gov. Duchey's CRIMINAL NEGLECT, putting other interests before our health and safety.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking Your Honor to order the Office of Gov. Duchey to pay the amount of his salary; plus the amount of all medical costs for Arizonans who contract Covid-19, including state officials; plus appropriate punitive damages for incompetence and willful neglect of our health and safety.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ______________

Signature of Plaintiff ______________

Printed Name of Plaintiff ______________

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address ____________________

Page 7 of 7